UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INT'L LTD, ET AL

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 97-2562 (JAG)

M/V KOHFU

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/02/99<br>**Title:** Motion to Strike Response Reply by Chiquita Banana, et al.<br>**Docket:** 32<br>[ ] Plffs   [x] Defts   [ ] Other | The motion to strike is **DENIED**. The Court notes, however, that the plaintiffs in fact did not seek leave to file their reply brief. Plaintiffs shall have until October 12, 2000 to do so. Defendants shall then be granted leave to file a sur-reply by October 23, 2000. |

**Date:** 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge