UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INT'L LTD, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 97-2562 (JAG)

M/V KOHFU, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/13/00<br>**Title:** Motion to Request Change Address of Counsel of Record; Motion for Leave to File a Reply<br>**Dockets:** 37, 38<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge