UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INT'L LTD, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-2562 (JAG)

M/V KOHFU, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/29/01<br>**Title:** MOTION<br>**Dockets**: 41<br>[ ] Plffs   [x] Defts   [ ] Other | **MOOT.** The Court assumes the filing of the answers to the questionnaire has occurred. If not, a final extension of ten (10) days from entry of this order is granted. |

Date: March 1, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 6 )
attys/pts
in ICMS

MAR - 5 2001