IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INT'L LTD, et al

**Plaintiff(s)**

v.  CIVIL NO. 97-2562 (JAG)

M/V KOHFU, et al

**Defendant(s)**

---

## ORDER

The Court refers this matter to Magistrate-Judge Gustavo A. Gelpí for the scheduling of a settlement and mediation conference.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


