RECEIVED & FILED
'01 AUG 21 PM 12: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1       **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE DISTRICT OF PUERTO RICO**
2

3

4   CHIQUITA INT'L, et al

5       Plaintiffs

6           v.

7   M/V KOHFU, et al                                   CIVIL NO. 97-2562 (JAG)

8       Defendants

9   _____

10                              **ORDER**

11

12      A mediation/settlement conference in this case is hereby set for **Wednesday, September 5,**

13  **2001 at 2:00 p.m.**

14      Counsel are encouraged to attend the conference accompanied by their client and/or a person

15  with settlement authority. If not, a person with settlement authority shall be available over telephone

16  from **2:00 - 5:00 p.m.** on said date.

17      Counsel are instructed to fully discuss with their clients the merits of the case and settlement

18  possibilities <u>prior</u> to the settlement/mediation conference.

19      **SO ORDERED.**

20  In San Juan, Puerto Rico, this 20th day of August, 2001.

21

22

23

24
                                        _____
25                                      GUSTAVO A. GELPÍ
                                        United States Magistrate Judge
26

27

28

CT Deputy

