IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INTERNATIONAL LIMITED
CHIQUITA ITALIA S.p.A.,
CHIQUITA HELLAS S.A., AND
CHIQUITA BANANA COMPANY. B.V.

    Plaintiffs,

    v.

M/V KOHFU, her engines, boilers, tackle, furniture, apparel, etc., *in rem*, HOTORIO SHIPPING S.A. and FAIRFIELD-MAXWELL SERVICES LIMITED, *in personam*

    Defendants.

CIVIL NO. 97-2562 (SEC)

## ORDER

The mediation/settlement conference scheduled for Wednesday, September 5, 2001 is hereby **reset for Friday September 28, 2001 at 3:00 p.m.**

Counsel are encouraged to attend the conference accompanied by their client and/or a person(s) with settlement authority. If not, a person with settlement authority shall be available over telephone from **3:00 - 6:00 pm** on said date.

Counsel are instructed to fully discuss with their clients the merits of the case, and settlement possibilities <u>prior</u> to the conference.

In San Juan, Puerto Rico, this 29th day of August, 2001.

GUSTAVO A. GELPÍ
United States Magistrate Judge