UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

CHIQUITA INTERNATIONAL LIMITED,
et al

    vs.

CIVIL NO. 97-2562 (JAG)

M/V KOHFU, et al

---

## DESCRIPTION OF MOTION

**DATE FILED**: __/__/__  **DOCKET**: ____  **TITLE**: Mediation Settlement Conference

[ ] Plaintiff(s)     [ ] Other
[ ] Defendant(s)

## ORDER

[ ] GRANTED     [ ] MOOT
[ ] DENIED      [ ] NOTED

The parties met with Magistrate-Judge Gelpí today and have agreed to settle the case. The parties further met in chambers with the undersigned and informed that the case was settled for $175,000.00 to be paid to the plaintiff within 30 days. Settlement papers and/or a motion requesting voluntary dismissal should be filed within 15 days.

September 28, 2001
DATE

JAY A. GARCIA-GREGORY
U.S. District Judge

