IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INTERNATIONAL
LIMITED, et al

    **Plaintiff(s)**

    v.                                    CIVIL NO. 97-2562 (JAG)

M/V KOHFU, et al

    **Defendant(s)**

---

**JUDGMENT**

The Court approves the Stipulation for Voluntary Dismissal and Relief of All Claims (Docket 49) and hereby enters judgment dismissing the Complaint without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of October, 2001.

                                                JAY A. GARCIA-GREGORY
                                                U.S. District Judge

