IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHIQUITA INTERNATIONAL
LIMITED, et al

    **Plaintiff(s)**

    v.                                    CIVIL NO. 97-2562 (JAG)

M/V KOHFU, et al

    **Defendant(s)**

---

### AMENDED JUDGMENT NUNC PRO TUNC

The Court amends nunc pro tunc the Judgment entered October 19, 2001 to read as follows:

> The Court approves the Stipulation for Voluntary Dismissal and Relief of All Claims (Docket 49) and hereby enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of October, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge